IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) ) |
| | ) Cause No: 3:10CV00169 JMM |
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court is the motion for admission *pro hac vice* of Curtis H. Goetsch. Curtis H. Goetsch is a member in good standing of the bar of the state of Tennessee and is admitted to practice before the United States District Courts for the Western District of Tennessee. Curtis H. Goetsch has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Curtis H. Goetsch is admitted to participate in this action as counsel for the defendant Shelby County Health Care Corporation d/b/a Regional Medical Center. The requirement for designation of local counsel is waived.

It is so ORDERED this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE