IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                             PLAINTIFF

V.                              3:10CV00169

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a
REGIONAL MEDICAL CENTER                                       DEFENDANT

## JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is hereby entered in favor of Defendant and against the Plaintiff. The Defendant is awarded $33,333.31 on the counterclaims against the Plaintiff. The Complaint of the Plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 10th day of November, 2011.


*James M. Moody*
James M. Moody
United States District Judge