IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                          PLAINTIFF

V.                                     3:10CV00169

SHELBY COUNTY HEALTH CARE
CORPORATION d/b/a
REGIONAL MEDICAL CENTER                                                    DEFENDANT

**JUDGMENT**

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is hereby entered in favor of Defendant and against the Plaintiff. The Defendant is awarded $33,333.31 on the counterclaims against the Plaintiff. The Complaint of the Plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 10th day of November, 2011.

                                                          James M. Moody
                                                          United States District Judge